Sypert BILBRO, Movant, v. Guy WADE,
Opposed.

Court of Appeals of Kentucky.

December 14, 1948.

S. Y. Trimble for movant.

Henard & Hanratty for opposed.

PER CURIAM.

Motion for appeal from a judgment in favor of plaintiff for $283.80 on open account. Appeal denied; judgment affirmed. °

Carl DAWES Movant, v. COMMONWEALTH
of Kentucky, Opposed.

December 17, 1948.

Sandusky and Krueger for movant.

Russell Jones, Commonwealth's Attorney, A. E. Funk, Attorney General, and Zeb A. Stewart, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

Carl O. ALLEN, Movant, v. COMMONWEALTH
of Kentucky, Opposed.

January 11, 1949.

Luther M. Roberts and William Loraine Mix for movant.

A. E. Funk, Attorney General, Zeb A. Stewart, Assistant Attorney General, and Frank A. Ropke, Commonwealth's Attorney and Carl C. Ousley, Jr., Assistant Commonwealth's Attorney, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.